John A. MILLER, Appellant

v.

UNITED STATES of America.

No. 16970.

United States Court of Appeals
Eighth Circuit.

Feb. 1, 1963.

John A. Miller, appellant, pro se.

John O. Garaas, U. S. Atty., for appellee.

PER CURIAM.

Appeal dismissed on request of appellant.

Mrs. Marie H. CHANDLER et al.,
Appellants,

v.

The BOARD OF PUBLIC EDUCATION
FOR the CITY OF SAVANNAH, GEORGIA and the County of Chatham, et al.,
Appellees.

No. 20076.

United States Court of Appeals
Fifth Circuit.

March 6, 1963.

Rehearing Denied April 18, 1963.

Aaron Kravitch, Savannah, Ga., for appellants.

R. Basil Morris, Savannah, Ga., Eugene Cook, Atty. Gen. of Georgia, Donald E. Payton, Asst. Atty. Gen., Atlanta, Ga., for appellees.

Before JONES and BELL, Circuit Judges, and GROOMS, District Judge.

PER CURIAM.

The district court entered an order of dismissal in a cause where the appellants sought to assert a claim that the acts, present and threatened, of the appellees were depriving them of property without due process of law. The appellants' complaint demonstrates that they are not being deprived of any federally protected right, and it seems clear that they have no standing to seek the remedy which is the object of the suit. The district court properly dismissed the cause. Its judgment is

Affirmed.

Robert L. WILSON and Evelyn M. Wilson, (now Evelyn M. Smith), formerly husband and wife, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 19863.

United States Court of Appeals
Fifth Circuit.

March 1, 1963.

Amos E. Jackson, Palm Beach, Fla., for petitioners.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Atty., Dept. of Justice, John B. Jones, Jr., Acting Asst. Atty. Gen., Norman H. Wolfe, Alec A. Pandaleon, Attys., Dept. of Justice, Crane C. Hauser, Chief Counsel, John M. Morawski, Atty., I.R.S., Washington, D. C., for respondent.

Before TUTTLE, Chief Judge, and POPE* and JONES, Circuit Judges.

PER CURIAM.

In this case we are in agreement with the conclusions reached by the Tax Court. 37 T.C. 230. Its decision is

Affirmed.

* Of the Ninth Circuit, sitting by designation.